1 Korie Schmidt
322 Culver Blvd #V384
2 Playa Del Rey, Ca 90293
(310) 600 - 2278
3
korieschmidt1@gmail.com
4
UNITED STATES DISTRICT COURT
5
FOR THE NINTH DISTRICT

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

7 KORIE SCHMIDT,                           Case No.: 2:24cv5523-MRA-(SSC)
8            Plaintiff,
9 vs.
10
11                                          COMPLAINT FOR DAMAGES
12
13 UNITED STATES DISTRICT COURT,
14
15
16

17 Finally this stench and bench yo. Seriously.

18 So check this out. I come to department 5C to get onto my grandma's accounts since my family is ready to slough

19 off the old skin if you know what I mean. I'm trying to protect her and bring her out to Hollywood to be a movie

20 star. I think she could be a good character. She's super funny and racist. You know, instead of the old "yeah I'm not

21 sure how much longer she's going to make it" so we can finally pay off the house and take care of some things. Or

22 like my grandma on the other side wants to commit my grandpa. She's over here trying to be like he's senile he

23 needs to be put away, but then ends it with saying "I really want to go on vacation". So fucking go ! Go on vacation.

24 But I'm going to take grandma and grandpa. So I don't know why this dumb cunt over here in 5C isn't putting my

25 god damn name on the fucking accounts. It's a super simple issue. I just need a signature. I'm on the trust my

26 grandma created so I could take care of the family name, make it last, since you know they never had any boys.

27 I know what it is. It's because she's a god damn faggot 4. I called the 4s out over their bullshit in her department and

28 she's standing up for them. I mean look what happened to me. As soon as I showed up in her courtroom—literally,

COMPLAINT FOR DAMAGES - 1

1  the fucking day I showed up to the hearing, my car starts "overheating". The symptoms ? The heat is uncontrollable
2  in the vehicle, and for some reason at the same time, my heater doesn't work. After some time, the car goes into a
3  "safe mode" and it essentially doesn't drive. The fuel/air mixture goes all wonky and it barely stays at idle. It's a god
4  damn mess. What, because I showed up in her courtroom calling out the 4s ? Super bullshit. And so I spent the past
5  few days replacing every single component of the cooling system: I replaced the radiator hose some fbi agent cut
6  while I was in the auto parts store. I replaced the coolant reservoir after that old blueberry used his mind to stab the
7  reservoir because I mean that guy mean-mugged me and walked past my car and then the moment he passed all of a
8  sudden the reservoir is just dumping coolant all over the ground. I replaced the thermostat, the coolant temperature
9  sensor. I made sure there were no plugs or blockages in the flow of coolant. It clearly has fluid pumping through the
10 system. So the only thing it could be is the heater core, but that worked perfectly fine just the other day it was
11 blasting the hottest air I've ever felt come out of the dash. So then it is the computer. And that's what I'm talking
12 about. That bitch in 5C fucked off my god damn car and won't let up. So after realizing that there's nothing wrong
13 with my car except that there's malware in it, I decided to give her her car parts back. So I go and drop those suckers
14 off over in front of her front door. You know what she does ? This bitch has me arrested. Over what, "improper
15 disposal of rubbish" ? You can't arrest somebody for being a courier ! ILLEGAL. Lol. Like take your fucking car
16 parts back bitch. And stop fucking with my car. Tell her ! Tell her to fucking mind her god damn manners. I now
17 therefore pray judgment in this case to the order of untaxable $150,000 and an injunction against this dumb cunt
18 from fucking off my electronics.

DATE: 6/26/24

THE GOD DAMN
MOTHERFUCKING
" PLIC DEFENDER
Honorable Korie Schmidt

COMPLAINT FOR DAMAGES - 2